Marc Days, CA Bar #184098
Days Law Firm
2300 Tulare Street, Suite 240
Fresno, California  93721
Telephone: (559) 708-4844

Attorney for Defendant,
HECTOR MANUEL FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  13-cr-0009 LJO-SKO |
| Plaintiff, | ORDER FOR TRANSPORT TO DELANCEY STREET FOR HECTOR FLORES |
| v. | |
| HECTOR MANUEL FLORES | |
| Defendant. | |

   IT IS HEREBY ORDERED that defendant Hector Flores (Fresno County Jail ID 7054539) shall be released to his wife, Denise Flores, and investigator Robert Gonzalez from the Fresno County Jail on Wednesday, January 21, 2015, at 8:00 a.m.  Denise Flores and investigator Robert Gonzalez will then transport Hector Flores directly to the Delancey Street program located at 600 Embarcadero in San Francisco for an intake interview.  If accepted, Hector Flores will stay at Delancey Street and abide by all rules of the program.  If not accepted, Denise Flores and investigator Robert Gonzalez will immediately and directly return Hector Flores to the Fresno County Jail by no later than 10:00 p.m. on January 21, 2015.

IT IS SO ORDERED.

   Dated:   **January 20, 2015**         /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE