Marc Days, CA Bar #184098
Days Law Firm
2300 Tulare Street, Suite 240
Fresno, California  93721
Telephone: (559) 708-4844

Attorney for Defendant,
HECTOR MANUEL FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>HECTOR MANUEL FLORES<br><br>      Defendant. | Case No.:  13-cr-0009 LJO-SKO<br><br>ORDER FOR TRANSPORT TO TEEN CHALLENGE PROGRAM FOR HECTOR FLORES |

   IT IS HEREBY ORDERED that defendant Hector Flores (Fresno County Jail ID 7054539) shall be released to his wife, Denise Flores, from the Fresno County Jail on Tuesday, February 10, 2015, at 8:00 a.m.  Denise Flores will then transport Hector Flores directly to the Teen Challenge Monterey Bay Induction Program located at 111 Railroad Avenue, Watsonville, California to be admitted to the program.  He is Ordered to complete the entire residential program, for a **minimum** of 13 months.

IT IS SO ORDERED.

   Dated:   **February 9, 2015**              **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE